# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

JAMES M. BLAIR & LINDA BLAIR,
jointly & severally,

v.

VERGENNES TOWNSHIP

Case No. 1:21-cv-00881
Hon. Janet T. Neff

TO: Tim Wittenbach, Township Supervisor

ADDRESS:
13005 Three Mile Road
Lowell, Michigan 49331
(616) 292-4595

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to   serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ ▼ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
Robb S. Krueger (P66115)
Courtney E.S. Fisk (P68475)
Kreis, Enderle, Hudgins & Borsos, P.C.
333 Bridge Street NW, Suite 900
Grand Rapids, MI 49504

CLERK OF COURT

October 15, 2021

By: Deputy Clerk                              Date

---

## PROOF OF SERVICE

This summons for _____ Tim Wittenbach, Township Supervisor _____ was received by me on _____.
(name of individual and title, if any)                                    (date)

☐ I personally served the summons on the individual at _____
on _____.                                          (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
(name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
(date)

☒ I served the summons on __James Dozema_____, who is designated by law to accept service
                              (name of individual)
of process on behalf of __Vergennes Township_____ on _____.
                              (name of organization)                              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:__ October 19, 2021 _____

Server's signature

Additional information regarding attempted service, etc.:

Elizabeth Sailors
Server's printed name and title

K.E.H.B., 333 Bridge St., Suite 900, Grand Rapids, MI 49504
Server's address