### IN THE UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES M. BLAIR & LINDA BLAIR,<br>*jointly & severally as*<br><br>Plaintiffs,<br><br>vs.<br><br>VERGENNES TOWNSHIP,<br><br>Defendant. | Case No. 1:21-CV-00881-JTN-SJB<br><br>Hon. Janet T. Neff<br><br>**STIPULATED RESTRAINING ORDER** |

## STIPULATED RESTRAINING ORDER
## STIPULATION

The parties, by their attorneys, hereby stipulate and agree as follows.

The Defendant, without prejudice to any claims or defenses in this matter, and until further order of this Court, agrees it will not enforce Ordinances 201.307(B)(3)(b) and/or 201.307(F)(5) and/or Resolution 2021-06 against the Plaintiffs as the same relate to the concrete path on Plaintiffs' property.

                                                KREIS, ENDERLE, HUDGINS & BORSOS, P.C.
                                                Attorneys for Plaintiffs

Dated: October 21, 2021                  By:___*/s/ Courtney E.S. Fisk*_____
                                                  Courtney E.S. Fisk  (P68475)

                                                FOSTER, SWIFT, COLLINS & SMITH, P.C.
                                                Attorneys for Defendant

Dated: October 21, 2021                  By:_*/s/ James B. Doezema w/permission*___
                                                  James B. Doezema (P38181)

## ORDER

*At a session of said Court held in the
City of Grand Rapids, County of Kent,
State of Michigan on* \_\_\_\_October 25\_\_\_\_, *2021.*

Upon reading the above stipulation, **IT IS SO ORDERED**.

\_\_\_/s/ Janet T. Neff_____
Honorable Janet T. Neff
US District Court, Western District of Michigan

72217:00024:5877765-1